19 So.2d 327

### Jessie PARRISH v. STATE.

8 Div. 292.

Supreme Court of Alabama.

July 25, 1944.

Rehearing Denied Oct. 11, 1944.

F. S. Parnell, of Florence, for petitioner.
Wm. N. McQueen, Acting Atty. Gen., and
L. H. Brassell, Asst. Atty. Gen., opposed.

STAKELY, Justice.

Petition of Jessie Parrish for certiorari
to the Court of Appeals to review and re-
vise the judgment and decision of that
Court in the case of Parrish v. State, 31
Ala.App. 472, 19 So.2d 326.

Writ denied.

All the Justices concur.